IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XEROWIND, LLC, )<br>)<br>and )<br>)<br>Dr. Deepak Varshneya, )<br>)<br>Defendants, )<br>) | Case No. 1:20-cv-741 (RDA/JFA) |

NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, the United States of America, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), dismisses the Complaint filed on July 2, 2020 (Dkt. No. 1).

Dated: October 22, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Kristin S. Starr*
KRISTIN STARR
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 838-2638
Facsimile: (703) 299-3983
E-mail: Kristin.Starr@usdoj.gov

               */s/ Michel Souaya*         
By:    MICHEL SOUAYA
        Trial Attorney
        Intellectual Property Section
        U.S. Department of Justice
        Counsel for the United States
        1100 L St. NW
        Washington, D.C. 20005
        Tel: (202) 307-0334
        Fax: (202) 307-0345
        E-mail: Michel.E.Souaya@usdoj.gov

IT IS HEREBY SO ORDERED this ____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE